**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JEFFREY D. JONES,

                Plaintiff,

-against-                            20 **CIVIL** 4898 (KPF)

# JUDGMENT

ANDREW M. CUOMO, in his official capacity as
the Governor of the State of New York; and
HOWARD ZUCKER, M.D., in his official
capacity as the Commissioner of the Department
of Health of New York,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 2, 2021, Defendants' motion to dismiss is GRANTED, and Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE; accordingly, this case is closed.

**Dated:** New York, New York

        June 3, 2021

                                            **RUBY J. KRAJICK**

                                            Clerk of Court

                      **BY:**

                                            **Deputy Clerk**